# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-659
_____

COURTLAND T. HOWZE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Lacey Powell Clark, Judge.

September 29, 2020


PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Courtland T. Howze, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.